UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

ADOLFO GUTIERREZ-VILLAFANA,

        Defendant.

No. CR-10-051-FVS

ORDER GRANTING MOTION TO CONTINUE

**IT IS HEREBY ORDERED:**

1. Defendant's Motion to Continue Pretrial **( Ct. Rec. 24) is GRANTED.**

2. The August 5, 2010 pretrial conference and the August 16, 2010 trial date are **STRICKEN.**

3. A pretrial conference is scheduled for **August 17, 2010 at 8:30 a.m. in Spokane, Washington.**

4. Trial is continued to **August 23, 2010 at 9:00 a.m in Spokane, Washington.**

5. The period from July 29, 2010 to August 23, 2010 is excluded for purposes of computing time under the Speedy Trial Act. Additional time is needed to adequately prepare for trial and the Court finds the ends of justice served by this continuance outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7).

**IT IS SO ORDERED.** The District Court Executive is hereby

ORDER - 1

directed to enter this order and furnish copies to counsel.

**DATED** this  31st    day of July, 2010.

                    s/ Fred Van Sickle
                    Fred Van Sickle
            Senior United States District Judge

ORDER - 2